March 27, 2009

Mr. Frederick B. Wulff
Shackelford Melton & McKinley, LLP
3333 Lee Parkway Tenth Floor
Dallas, TX 75219
Ms. Elizabeth Bloch
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX 78701

RE: Case Number: 07-1059
 Court of Appeals Number:
 Trial Court Number: 06-51683

Style: FINANCIAL INDUSTRIES CORPORATION
 v.
 XL SPECIALTY INSURANCE COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy A. Simon |
| |Mr. Charles F. Fulbruge |
| |III, Clerk |
| |Ms. Gabriela Richeimer |